UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| MARIE FRITZINGER, </br></br>                    Plaintiff, </br></br>          vs. </br></br> ANGIE'S LIST, INC., </br></br>                    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 1:12-cv-1118-JMS-DML </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, FOR PRELIMINARY CERTIFICATION OF CLASS ACTION FOR PURPOSES OF SETTLEMENT AND APPOINTMENT OF CLASS COUNSEL, AND FOR APPROVAL OF NOTICE PLAN**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Marie Fritzinger ("Plaintiff"), by counsel, moves the Court for an order (i) conditionally certifying a Class under Federal Rule of Civil Procedure 23 for settlement purposes (the "Settlement Class"); (ii) appointing Plaintiff to represent the Settlement Class Members; (iii) appointing Mindee Reuben and Jeremy Spiegel of Weinstein Kitchenoff & Asher LLC and Richard Shevitz of Cohen & Malad, LLP as Class Counsel for the Settlement Class; (iv) preliminarily approving the settlement of this action, as set forth in the April 10, 2014 Settlement Agreement attached as Exhibit 1 to this Motion, for purposes of issuing Class Notice; (v) approving the timing, content and manner of the giving notice of the proposed Settlement Class; (vi) appointing Dahl Administration as the Claims Administrator; and (vii) setting a hearing date regarding the final approval of the Settlement (the "Settlement Fairness Hearing"), the award to Class Counsel of

attorneys' fees, costs, and expenses, and an incentive award to the Class Representative. Plaintiff has conferred with counsel for Angie's List about this filing and report that the Motion is unopposed.

In support of this Motion, Plaintiff submits the declaration of Mindee J. Reuben, Esq., attached hereto as Exhibit 2, the declaration of George Gasper, Esq., attached hereto as Exhibit 3, and Plaintiff's Memorandum of Law, filed contemporaneously herewith.

A proposed form of order preliminarily approving the Proposed Settlement is attached hereto as Exhibit 4.

Dated:  April 11, 2014				Respectfully submitted,

/s/ Jeremy S. Spiegel
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
reuben@wka-law.com
spiegel@wka-law.com
Phone: 215-545-7200
Fax: 215-545-6535

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, Indiana 46204
Phone: 317-636-6481
Fax: 317-636-2593

*Counsel for Plaintiff and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2014 a copy of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, for Preliminary Certification of Class Action for Purposes of Settlement and Appointment of Class Counsel, and for Approval of Notice Plan was filed electronically together with all supporting documents.  Notice of this filing will be sent to the following parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

        Michael A. Wukmer, Esquire
        Judy S. Okenfuss, Esquire
        George A. Gasper, Esquire
        Jenny Buchheit, Esquire
        ICE MILLER LLP
        michael.wukmer@icemiller.com
        judy.okenfuss@icemiller.com
        george.gasper@icemiller.com
        jenny.buchheit@icemiller.com

              /s/ *Jeremy S. Spiegel*
               Jeremy S. Spiegel