UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARIE FRITZINGER,<br>    *Plaintiff*, | )<br>)<br>) |
| vs. | )    1:12-cv-01118-JMS-DML<br>) |
| ANGIE'S LIST, INC.,<br>    *Defendant.* | )<br>) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court now enters **FINAL JUDGMENT** in this matter consistent with the terms set forth in the Court's Order entered on this date approving the parties' class action settlement.

September 22, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

Distribution via ECF only to all counsel of record